In the Matter of the Estate of Harry E. Dodge,

Deceased.—Judgment and order confirming the report of the referee reversed and new trial granted, costs to abide event. Opinion by Dykman, J.